```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION         14-MD-2543 (JMF)

*This Document Relates To Solomon v. General Motors LLC,*
*15-CV-4644*                                                                                **ORDER**
-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

      Yesterday, the Court denied New GM's motion to dismiss with prejudice the claims of Plaintiff James Kirk Solomon and granted Mr. Solomon's motion to vacate his earlier dismissal without prejudice, believing him to have cured the deficiencies in compliance with his MDL discovery obligations. (*See* 14-MD-2543, Docket No. 2230). New GM has since informed the Court that it has not received the required certification from Mr. Solomon. It is hereby ORDERED that New GM may renew its motion to dismiss Mr. Solomon with prejudice if, **within fourteen days from the date of this Order**, he has not filed the necessary documentation in a format that is accessible to New GM. Any opposition is due two weeks after the motion, and any reply is due one week after that.

      SO ORDERED.

Dated: February 4, 2016
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge